Rel: April 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0362

Richard L. Edwards v. Judy Faust, as administrator ad litem of the Estate of Bobby L. Faust, deceased (Appeal from Baldwin Circuit Court: CV-18-901671).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Mendheim, and Cook, JJ., concur.